**JAMES P. WALSH**
**PINAL COUNTY ATTORNEY**

**Rick V. Husk (017281)**
**Deputy County Attorney**
**P.O. Box 887**
**Florence, AZ 85132**
**Telephone (520) 866-6398**

**Attorney for Pinal County**

### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: ) | Case No. 2:10-bk-00008-RTB |
| ) | |
| JAMES PAUL JASPER ) | Chapter 13 Proceedings |
| 10034 E Lomita Ave ) | |
| Mesa, AZ 85209 ) | |
| SSAN: xxx-xx-0101 ) | |
| ) | **OBJECTION TO CONFIRMATION** |
| MARY EDITH JASPER ) | **OF PLAN** |
| 10034 E Lomita Ave ) | |
| Mesa, AZ 85209 ) | |
| SSAN: xxx-xx- 2519 ) | |
| ) | |
| Debtors. ) | |
| ) | |

Comes now Creditor Pinal County (Treasurer), by and through its attorney, James P. Walsh, Pinal County Attorney, by Rick V. Husk, Deputy Pinal County Attorney and objects to the proposed Chapter 13 Plan in this matter as the Plan fails to provide for the Pinal County's secured tax claim for property taxes plus interest at sixteen percent (16%) per annum until paid in full, as a "secured claim" pursuant to Arizona Revised Statutes, Title 42, Section 17153, as amended, and United States Code, Title 11, Section 506 (b). For the reasons set forth above, the proposed plan cannot be confirmed.

WHEREFORE, it is respectfully recommended that the Court sustain this objection and deny confirmation of the debtor's proposed plan.

Dated this 11th day of March, 2010

                                    **JAMES P. WALSH**
                                    **PINAL COUNTY ATTORNEY**

                           **By:**    **/s/ Rick V. Husk**
                                    **Deputy County Attorney**

**Original of the foregoing filed
this 11th day of March, 2010 with:**

**United States Bankruptcy Court
230 North First Avenue
Phoenix, AZ 85003**

**Copies of the foregoing
mailed this 11th day of March, 2010
to:**

**Nasser U. Abujbarah
10654 N. 32nd St.
Phoenix, AZ 85028
Attorney for Debtor**

**U.S. Trustee
230 North First Avenue
Suite 204
Phoenix, AZ 85003
Trustee**