1  BRIAN A. PAINO (AZ BN 027091)
   KYLE J. SHELTON (AZ BN 027379)
2  PITE DUNCAN LLP
   4375 Jutland Drive, Suite 200
3  P.O. Box 17933
   San Diego, CA 92177-0933
4  Telephone: (858) 750-7600
   Facsimile:  (619) 590-1385
5  kshelton@piteduncan.com

6  Attorneys for DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE FOR
   RALI 2004QA6

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA - PHOENIX DIVISION

| In re | Case No. 2:10-BK-00008-RTB |
|---|---|
| JAMES PAUL JASPER AND MARY EDITH JASPER, | Chapter 13 |
| | NOTICE OF MONTHLY MORTGAGE PAYMENT CHANGE |
| Debtor(s). | |

Notice is hereby given that the Debtor's Monthly Post-Petition payment to Deutsche Bank Trust Company Americas as Trustee for RALI 2004QA6 will change, as set forth more fully in the letter dated September 23, 2010, which is attached hereto as exhibit A and incorporated herein by this reference.

PITE DUNCAN, LLP


/s/ KYLE J. SHELTON
Attorney for Deutsche Bank Trust Company Americas as Trustee for RALI 2004QA6

- 1 -

1  BRIAN A. PAINO (AZ BN 027091)
   KYLE J. SHELTON (AZ BN 027379)
2  PITE DUNCAN LLP
   4375 Jutland Drive, Suite 200
3  P.O. Box 17933
   San Diego, CA 92177-0933
4  Telephone: (858) 750-7600
   Facsimile:  (619) 590-1385
5  kshelton@piteduncan.com

6  Attorneys for   DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE FOR
                   RALI 2004QA6
7

8

9                    UNITED STATES BANKRUPTCY COURT

10                   DISTRICT OF ARIZONA - PHOENIX DIVISION

| In re | Case No. 2:10-bk-00008-RTB |
|---|---|
| JAMES PAUL JASPER AND MARY EDITH JASPER, | Chapter 13 |
|  | PROOF OF SERVICE BY MAIL |
| Debtor(s). |  |

I, Marcella Urrutia, declare that:

I am employed in the County of San Diego, California.  My business address is: 4375 Jutland Drive Suite 200; P.O. Box 17933, San Diego, CA 92177-0933.   I am over the age of eighteen years and not a party to this cause.

On October 28, 2010, I served the NOTICE OF MONTHLY MORTGAGE PAYMENT CHANGE in said cause by placing a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Diego, California, addressed as follows: SEE ATTACHED SERVICE LIST.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on October 28, 2010, at San Diego, California.

                                       _MU5567_____
                                       MARCELLA URRUTIA

# SERVICE LIST

**DEBTOR(S)**

James Paul Jasper
10034 East Lomita Avenue
Mesa, AZ 85209

Mary Edith Jasper
10034 East Lomita Avenue
Mesa, AZ 85209

**DEBTOR(S) ATTORNEY**

Nasser U. Abujbarah
The Law Offices of Nasser U. Abujbarah
7025 E. McDowell Rd.
Suite 9
Scottsdale, AZ 85257

**CHAPTER 13 TRUSTEE**

Russell Brown
Chapter 13 Trustee
3838 North Central Avenue
Suite 800
Phoenix, AZ 85012-1965

09/23/10

JAMES JASPER

10034 E LOMITA

MESA AZ 85209-1477

RE:  Account Number      ▮▮▮▮▮▮▮▮▮▮
     Property Address    1020 SOUTH WILDROSE CIRCLE

                         MESA AZ 85208

Dear JAMES JASPER

               *IMPORTANT NOTICE REGARDING INTEREST RATE
                     AND/OR PAYMENT CHANGES*

The interest rate on your loan was scheduled to adjust on
11/01/10.  The new principal and interest (P&I) amount will be
effective with the 12/01/10 payment.

Projected principal balance after 11/01/10 payment:$     117232.75

| | | | |
|---|---|---|---|
| Previous index value | 1.26900% | New index value | 0.79400% |
| Current interest rate | 3.50000% | New interest rate | 3.00000% |
| Current P&I pymt  $ | 602.24 | New P&I pymt  $ | 571.52 |
| Margin | 2.25000% | Escrow*  $ | 206.19 |
| | | Total pymt  $ | 777.71 |

Rate Next Change Date              11/01/11
Principal and Interest Next Change  12/01/11

*Subject to change if analysis occurs after the date of this
letter.

Your new interest rate is calculated by adding the margin to the
new index value.  The result of this addition is subject to
rounding and rate cap limitations according to the terms of your
loan documents.

An account statement will be sent under separate cover. If your
payments are made through our automatic payment program, your new
payment amount will be deducted on your scheduled draft date.

EXHIBIT A